FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 0 4 2007

JAMES N. HATTEN, Clerk
By: B Boyle
       Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER C. HITZ and THOMAS SHAW, <br><br> Plaintiffs, <br><br> vs. <br><br> SUNTRUST BANK f/k/a TRUST COMPANY OF GEORGIA, <br><br> Defendant. | Civil Action File No.: <br> 1-05-CV-1413-HTW |

## CONSENT ORDER DISMISSING WITH PREJUDICE ALEXANDER C. HITZ'S COMPLAINT

WHEREAS, Plaintiff Alexander C. Hitz ("Hitz") desires, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss with prejudice his Complaint filed against SunTrust Bank in the above-styled action;

WHEREAS, SunTrust Bank consents to Hitz's dismissal of his Complaint with prejudice;

NOW THEREFORE, it is hereby ORDERED that the Complaint filed by Plaintiff Alexander C. Hitz is dismissed with prejudice.

So Ordered this 4th day of ~~July~~ September, 2007.

*[signature]*

The ~~Honorable~~ Horace T. Ward
Judge, United States District Court for the
Northern District of Georgia

Consented to by:

*[signature]*

Eric C. Lang
Georgia Bar No. 435515

THE LANG LEGAL GROUP LLC
1800 Century Place
Suite 570
Atlanta, Georgia 30345
(404) 320-0990
Fax: (404) 320-0908

Counsel for Plaintiff Thomas L. Shaw

*[signature]*

L. Lin Wood
Georgia Bar No. 774588

POWELL GOLDSTEIN LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309

Counsel for Defendant SunTrust Bank

2

1143021/2